IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD BUDDY RINGGOLD, III,

    Plaintiff,

v.

TRISTAN WILLIAMS, et al.,

    Defendants.

No. C 10-02110 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS AND TO STRIKE**

This matter is set for a hearing on September 24, 2010 on the motion to dismiss and to strike filed by Defendants Oakland Police Department and the City of Oakland ("Defendants"). The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than **August 18, 2010** and a reply brief shall be filed by no later than August 27, 2010. Plaintiff is admonished that failure to oppose the motion may result in **dismissal** of this action.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: 08/03/10

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE