United States District Court
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    REGINALD BUDDY RINGGOLD, III,

10           Plaintiff,                              No. C 10-02110 JSW

11      v.

12   TRISTAN WILLIAMS, et al.,                       **ORDER SETTING BRIEFING
                                                     SCHEDULE ON MOTION TO
13           Defendants.                             STRIKE SECOND AMENDED
                                            /        COMPLAINT**

14

15          This matter is set for a hearing on January 21, 2010 on the motion to strike filed by

16   Defendants Oakland Police Department and the City of Oakland ("Defendants").  The Court

17   HEREBY ORDERS that an opposition to the motion shall be filed by no later than **December**

18   **17, 2010** and a reply brief shall be filed by no later than December 28, 2010.  Plaintiff is

19   admonished that failure to oppose the motion may result in **dismissal** of this action.

20          If the Court determines that the matter is suitable for resolution without oral argument, it

21   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

22   schedule, they may submit for the Court's consideration a stipulation and proposed order

23   demonstrating good cause for any modification requested.

24          **IT IS SO ORDERED.**

25   Dated:  December 1, 2010

                                                     _____
26                                                   JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE
27

28

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

REGINALD BUDDY RINGGOLD III,

          Plaintiff,

  v.

TRISTAN WILLIAMS et al,

          Defendant.

                               /

Case Number: CV10-02110 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reginald Buddy Ringgold
c/o 26 Faenza
Newport Coast, CA 92657

Dated: December 1, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk