UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: January 14, 2011                                Time in Court: 3 minutes

JUDGE: JEFFREY S. WHITE                       Court Reporter: Margo Gurule

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-10-2110  JSW

TITLE:  Reginald Buddy Ringgold III  v.  Tristan Williams, et al.,

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| no appearance by or for plaintiff | Tristan Williams (pro se) |
| | Charles Vose |

PROCEEDINGS:   Further Case Management Conference

RESULTS:   There being no appearance by or for Plaintiff, the Court shall issue an Order to Show Cause for failure to appear and to prosecute.

The 1-21-11 and 3-4-11 hearings on Motions to Strike are ordered vacated by the Court.