IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD BUDDY RINGGOLD, III,

    Plaintiff,                                      No. C 10-02110 JSW

  v.

TRISTAN WILLIAMS, et al.,                 **ORDER TO SHOW CAUSE**

    Defendants.

    The Court held a further case management conference in this action on January 14, 2011. Plaintiff Reginald Buddy Ringgold, III neither appeared at the case management conference nor submitted a case management conference statement, jointly with Defendants or otherwise, in compliance with the Court's Civil Standing Orders.

    Therefore, the Court ORDERS Plaintiff to show cause in writing by no later than February 1, 2011, why this case should not be dismissed for failure to appear, failure to prosecute, and failure to comply with the Court's Standing Orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff's failure to submit a timely written response to this show cause Order will result in dismissal of this action without prejudice.

    The Clerk is directed to terminate Defendants' pending motion to strike amended complaint (Doc. Nos. 34, 37) without prejudice.

    **IT IS SO ORDERED.**

Dated: January 19, 2011

                                                       JEFFREY S. WHITE
                                                       UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BUDDY RINGGOLD III, | Case Number: CV10-02110 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| TRISTAN WILLIAMS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reginald Buddy Ringgold
c/o 26 Faenza
Newport Coast, CA 92657

Dated: January 19, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk