IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD BUDDY RINGGOLD, III,

    Plaintiff,                                          No. C 10-02110 JSW

  v.

TRISTAN WILLIAMS, et al.,                       **ORDER OF DISMISSAL**

    Defendants.

        By order dated January 19, 2011, the Court ordered Plaintiff to show cause in writing by no later than February 1, 2011, why this case should not be dismissed for failure to appear, failure to prosecute, and failure to comply with the Court's Standing Orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Court advised that Plaintiff's failure to submit a timely written response to the Order to Show Cause would result in dismissal of this action without prejudice.

        Plaintiff did not file a timely response to the Court's Order to Show Cause. Therefore, the Court hereby DISMISSES the complaint without prejudice pursuant to Rule 41(b).

**IT IS SO ORDERED.**

Dated: 02/14/2011

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

REGINALD BUDDY RINGGOLD III,

        Plaintiff,

  v.

TRISTAN WILLIAMS et al,

        Defendant.

Case Number: CV10-02110 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reginald Buddy Ringgold
c/o 26 Faenza
Newport Coast, CA 92657

Dated: February 14, 2011

Richard W. Wieking, Clerk
By: Tana Ingle, Deputy Clerk